**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**
A PROFESSIONAL CORPORATION                www.marshalldennehey.com

PENNSYLVANIA   DELAWARE
Bethlehem   Wilmington
Doylestown
Erie   OHIO
Harrisburg   Akron
King of Prussia
Philadelphia   FLORIDA
Pittsburgh   Ft. Lauderdale
Scranton   Jacksonville
Williamsport   Orlando
  Tampa
NEW JERSEY
Cherry Hill   NEW YORK
Roseland   New York

**200 Lake Drive East, Suite 300 · Cherry Hill, NJ 08002**
*(856) 414-6000 · Fax (856) 414-6077 Richard L. Goldstein, Resident Managing Attorney*

**Steven J. Polansky**
Certified by the Supreme Court of New Jersey as a Civil Trial Attorney
**Direct Dial: (856) 414-6014**
**Email: sjpolansky@mdwcg.com**

October 8, 2010

Honorable Magistrate Karen M. Williams     via electronic filing
USDC, District of New Jersey
Mitchell H. Cohen US Court House
1 John F. Gerry Plaza
Camden, NJ  08101

       RE:     Great American E&S Insurance Company v. S.W. Café, Corp., S.W. Café, LLC.
                And Joseph Cavalieri
                Civil Action No. 1:08-CV-04117 JEI-JS
                Our file:   07049-109 SJP

Dear Judge Williams:

      Our office represents plaintiff Great American E&S Insurance Company in the above litigation.

      During the most recent management conference held on September 8, 2010, the court indicated a willingness to stay the deadlines set in the amended scheduling order in the event the parties elected to mediate the dispute. The parties subsequently agreed to mediation with the Honorable Joel Rosen.  Mediation is scheduled for November 4, 2010.

      In addition to the mediation being scheduled, a motion for summary judgment was recently filed by defendant S.W. Café, LLC.  A response brief is currently due October 18, 2010.

      It is respectfully requested pursuant to the discussion at the last management conference that all deadlines set forth in the September 8, 2010 scheduling order be stayed pending the completion of mediation.  This would require that new deadlines be set in the event mediation is unsuccessful.

      It is further respectfully requested that all briefing on the pending summary judgment motion be stayed pending the upcoming mediation.  Counsel for the moving party, S.W. Café, LLC. is agreeable to staying the summary judgment motion pending mediation.  This would prevent the potential that needless expense would be incurred responding to the pending motion, thereby permitting the parties to utilize their resources for purposes of settlement.

───────────────────────────────

      For the reasons set forth above, it is respectfully requested that all deadlines in the above matter with respect to the pending summary judgment motion and the amended scheduling order of September 8, 2010 be stayed pending mediation.

                                    Respectfully submitted,

                                    /s/ Steven J. Polansky
                                  STEVEN J. POLANSKY

SJP/dd
Cc all counsel via electronic filing:
      Keith Bonchi, Esquire
      Michael Vassalotti, Esquire
      David C. Donohue, Esquire
      Michael Lavery, Esquire
      Thomas Paschos, Esquire
      Matthew Ponzi, Esquire
      Thomas Orlando, Esquire

06/1989385.v1